ACCEPTED
02-17-00304-CR
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
12/20/2017 9:26 AM
DEBRA SPISAK
CLERK

## CAUSE NO. 02-17-00304-CR

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE COURT OF APPEALS |
| | § | |
| V. | § | FOR THE SECOND DISTRICT |
| | § | |
| AARON MICHAEL ALKEK | § | OF TEXAS, FORT WORTH |

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
12/20/2017 9:26:39 AM
DEBRA SPISAK
Clerk

### APPELLANT'S FIRST MOTION FOR
### EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Aaron Michael Alkek, Appellant in the above styled and numbered cause, by and through his attorney of record, Lindsay O. Williams, files this Appellant's Motion for Extension of Time to File Appellant's Brief pursuant to Texas Rules of Appellant Procedure 10.5(b) and 38.6(d), and in support respectfully shows the Court the following:

1. The Appellant's Brief is due on Wednesday, December 20, 2017.

2. Appellant seeks an extension of the time for filing the Appellant's Brief for thirty (30) days, making the Appellant's Brief due on Friday, January 19, 2018.

3. Appellant requests this extension of time because Appellant's counsel has been working on several other cases and needs more time to review the record and complete this brief.

4. This extension is not requested for the purposes of delay but so that justice may be done and the undersigned counsel may effectively represent Appellant in this matter.

5. This is Appellant's first request for an extension of time to file the Appellant's Brief.

6. Appellant is currently incarcerated.

Appellant respectfully requests that this Court issue an order extending the time within which to file the Appellant's Brief until Friday, January 19, 2018.

Dated: December 20, 2017

Respectfully submitted,

/s/ Lindsay O. Williams
Lindsay O. Williams
4455 Camp Bowie Blvd., Suite 114, #31
Fort Worth, Texas 76107
(817) 677-8958 (phone)
(844) 722-2940 (fax)
State Bar No. 24035844

## CERTIFICATE OF CONFERENCE

On December 19, 2017, I conferred with Cyndi Burgess of the Tarrant County District Attorney's Office, who said that the State is unopposed to the granting of this motion.

/s/ Lindsay O. Williams
Lindsay Williams

## CERTIFICATE OF SERVICE

A copy of Appellant's First Motion for Extension of Time to File Appellant's Brief was electronically served on the following counsel in accordance with Texas Rule of Appellate Procedure 9.5(b)(1) on December 20, 2017:

Debra A Windsor
Chief, Post-Conviction
Tarrant County District Attorney's Office
401 W. Belknap Street
Fort Worth, Texas 76196

/s/ Lindsay O. Williams
Lindsay O. Williams